IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UBIQUITI INC.,<br><br>    Defendant. | C.A. No. 22-cv-01321-MN<br><br>JURY TRIAL DEMANDED |

**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF <u>INDIRECT INFRINGEMENT</u>**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Ubiquiti Inc. ("Ubiquiti") moves for summary judgment on Plaintiff's claims of alleged infringement. In support of this motion, Ubiquiti submits the accompanying memorandum of law incorporated herein by reference.

Dated: April 10, 2024

FISH & RICHARDSON P.C.

By: */s/ Jeremy D. Anderson*
Jeremy D. Anderson (#4515)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 658-5070
janderson@fr.com

Neil J. McNabnay
David B. Conrad
Ashu Balimba
Philip G. Brown
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070
mcnabnay@fr.com
conrad@fr.com
balimba@fr.com
pgbrown@fr.com

**ATTORNEYS FOR DEFENDANT
UBIQUITI INC.**