IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETWORK-1 TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1321 (MN) |
| | ) | |
| UBIQUITI INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

At Wilmington, this 14th day of January 2025, consistent with the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that Defendant's Motion for Partial Summary Judgment of Indirect Infringement (D.I. 78) is **GRANTED**.

This grant of summary judgment of no indirect infringement will be included in any final judgment entered in this case.

The Honorable Maryellen Noreika
United States District Judge