# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UBIQUITI INC., <br><br> Defendant. | C.A. No. 22-cv-1321-MN |

## STIPULATION TO EXTEND TIME

The parties hereby agree, subject to the approval of the Court, that the deadline to submit a status report with a proposed schedule is extended to February 13, 2023.

Dated: February 7, 2025

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Network-1 Technologies, Inc.*

Respectfully submitted,

FISH & RICHARDSON P.C.

/s/ Grayson P. Sundermeir
Grayson P. Sundermeir (#6517)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 658-5070
sundermeir@fr.com

*Attorneys for Defendant Ubiquiti Inc.*

IT IS SO ORDERED this _____ day of February, 2025.

_____
The Honorable Maryellen Noreika