IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UBIQUITI INC., <br><br> *Defendant*. | CASE NO. 22-cv-1321-MN |

## JOINT MOTION TO DISMISS

Plaintiff Network-1 Technologies, Inc. ("Network-1") and Defendant Ubiquiti Inc. ("Ubiquiti") (collectively, the "Parties") hereby file this Joint Motion to Dismiss. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), the Parties respectfully request that all claims asserted by Network-1 against Ubiquiti be dismissed WITH PREJUDICE, and all counterclaims asserted by Ubiquiti against Network-1 be dismissed WITHOUT PREJUDICE as moot. In support of this motion, the Parties state that they have resolved all claims, including all claims that were asserted, or that could have been asserted, in the case.

WHEREFORE, the Parties request that the Court enter an order dismissing the case as set forth above, with the Parties bearing their respective attorney's fees and costs.

Dated: February 13, 2025

Respectfully submitted,

FARNAN LLP

By: */s/ Michael J. Farnan*
    Brian E. Farnan (Bar No. 4089)
    Michael J. Farnan (Bar No. 5165)
    919 N. Market St., 12th Floor
    Wilmington, DE 19801
    Tel: (302) 777-0300
    Fax: (302) 777-0301
    bfarnan@farnanlaw.com
    mfarnan@farnanlawa.com

    Of Counsel:

    Gregory Dovel
    Richard Lyon
    DOVEL & LUNER, LLP
    201 Santa Monica Blvd., Suite 600
    Santa Monica, CA 90401
    Tel: 310-656-7066
    Email: greg@dovel.com
    Email: rick@dovel.com

    COUNSEL FOR PLAINTIFF

FISH & RICHARDSON P.C.


By: */s/ Grayson P. Sundermeir*
    Grayson P. Sundermeir (#6517)
    222 Delaware Avenue, 17th Floor
    Wilmington, Delaware 19801
    (302) 658-5070 (Telephone)
    (302) 652-0607 (Facsimile)
    sundermeir@fr.com

    Neil J. McNabnay
    Texas Bar No. 24002583
    mcnabnay@fr.com
    David B. Conrad
    Texas Bar No. 24049042
    conrad@fr.com
    Philip G. Brown
    Texas Bar No. 24132695
    pgbrown@fr.com

    FISH & RICHARDSON P.C.
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    (214) 747-5070 – Telephone
    (214) 747-2091 – Facsimile


COUNSEL FOR DEFENDANT
UBIQUITI INC.