**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., | |
| *Plaintiff*, | |
| v. | CASE NO. 22-cv-1321-MN |
| UBIQUITI INC., | |
| *Defendant*. | |

## ORDER GRANTING JOINT MOTION TO DISMISS

On this day came for consideration Plaintiff Network-1 Technologies, Inc. and Ubiquiti Inc.'s Joint Motion to Dismiss. After considering the same, the Court is of the opinion that the motion should be GRANTED and hereby ORDERS that all of Plaintiff's claims against Defendant are dismissed WITH PREJUDICE, and Defendant's counterclaims against Plaintiff are dismissed WITHOUT PREJUDICE as moot.

IT IS THEREFORE ORDERED this 13th day of February 2025 that all of Plaintiff's claims against Defendant are hereby DISMISSED WITH PREJUDICE, and Defendant's counterclaims against Plaintiff are DISMISSED WITHOUT PREJUDICE. The parties shall bear their respective fees and costs.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge